IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 20-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEFFERY G. ODEAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER has come before the undersigned pursuant to a Violation Report (#25) filed by the United States Probation Office. In the Violation Report it is alleged that after Defendant had entered a plea of guilty to the charge of unauthorized excavation and removal of archaeological resources, the Defendant stated to the United States Probation Office that: 1) Defendant was actively using methamphetamine and barbiturates; 2) Defendant had not wanted to enter a plea of guilty and the plea of guilty was something his father had "worked out" with Defendant's attorney; 3) if Defendant was given a drug screen this date the screen might contain methamphetamine and barbiturates and possibly cannabinoids, and 4) Defendant stated he was of clear mind when he entered the plea, but he was regretful about doing the same because that was not what he wanted to do, it was what others wanted for him.

1

As a result of these statements, the undersigned questions the sufficiency of the plea of guilty of Defendant. It appears the Defendant may have been under the influence of controlled substances at the time of the entry of the plea. It further appears that the Defendant's plea of guilty may not have been voluntary.

As a result, the undersigned will provide to counsel for the Defendant and to counsel for the Government up to and including June 1, 2015 for either the Defendant or the Government to file a motion requesting permission for the Defendant's plea of guilty to be withdrawn. If such motions are not filed, then this Court will conduct a new Rule 11 inquiry and plea hearing for the Defendant on June 8, 2015 at 9:30 a.m.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that should the Defendant or the Government wish to file a motion requesting that the Court order the withdrawal of the plea of guilty of the Defendant, either shall do on or before **June 1, 2015**. If such motion is not filed by either Defendant's counsel or counsel for the Government, the undersigned will conduct a Rule 11 inquiry and plea hearing for the Defendant on **June 8, 2015 at 9:30 a.m**. for the purpose of insuring that Defendant's plea is made while he is not under the influence of controlled substances and that the plea is the voluntary and free choice of Defendant.

Signed: May 12, 2015

Dennis L. Howell
United States Magistrate Judge